Cohen, for appellant. W. P. Maloney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BEATTY v. BEATTY. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of Nellie C. Beatty, against Herbert T. Beatty. No opinion. Motion denied, with leave to appellant to apply in the court below to open default. Order filed.

PEOPLE ex rel. BIEN, Appellant, v. LITTLETON, President, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph L. Bien, against Martin W. Littleton, president of the borough of Brooklyn.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOOKER, J., dissents, on the ground that the hearing given the relator was not such as is contemplated by the statute.

PEOPLE ex rel. BOYCE v. BOARD OF AUDITORS OF TOWN OF LAKE PLEASANT, HAMILTON COUNTY. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people, on the relation of Lynn L. Boyce, against the board of auditors of the town of Lake Pleasant, Hamilton county, N. Y. No opinion. Determination of the board of auditors unanimously confirmed, with costs.

PEOPLE ex rel. BROADHEAD, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Proceedings by the people, on the relation of John R. Broadhead, against the city of Buffalo. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. CAHILL v. GREENE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York, on the relation of Daniel Cahill, against Francis V. Greene, commissioner, etc. E. V. Guinan, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CITY OF GENEVA, Respondent, v. BOARD OF SUP'RS OF ONTARIO COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Appeal from Special Term, Ontario County. Application by the people, on the relation of the city of Geneva, for a writ of mandamus to the board of supervisors of Ontario county. From an order granting the writ, the board appeals. Affirmed. Anson L. Gardner, for appellant. W. Smith O'Brien, for respondent.

PER CURIAM. Order affirmed, with costs, on opinion of SUTHERLAND, J. (100 N. Y. Supp. 330), delivered at Special Term.

PEOPLE ex rel. De NOYELLES v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Theodore De Noyelles, against the board of supervisors of Rockland county. No opinion. Motion granted.

PEOPLE ex rel. DE STEFANO, Appellant, v. WOODBURY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Matteo De Stefano, against John M. Woodbury, commissioner. C. E. Le Barbier, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FISHER v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Harry M. Fisher, against the board of supervisors of Rockland county. No opinion. Motion granted.

PEOPLE ex rel. HURLBUT, Respondent, v. BINGHAM Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Proceedings by the people of the state of New York, on the relation of Henry Hurlbut, against Theodore A. Bingham, as police commissioner. No opinion. Order affirmed, on the authority of People ex rel. Metcalf v. McAdoo, 184 N. Y. 268, 77 N. E. 17, with $10 costs and disbursements.

PEOPLE ex rel. INTERSTATE PAVING Co., Appellant, v. METZ, Comptroller. Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of the Interstate Paving Company, against Herman A. Metz, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LA CHICOTTE, Appellant, v. BEST, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people, on the relation of Henry A. La Chicotte, against George E. Best as commissioner. No opinion. Motion granted. Order resettled.

PEOPLE ex rel. LAWSON, Appellant, v. LAWSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of William M. Lawson, against Lena L. Lawson. No opinion. Motion granted, and order modified. Settle order on notice.

PEOPLE ex rel. LAWSON, Appellant, v. LAWSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Proceedings by the people of the state

of New York, on the relation of William M. Lawson, against Lena L. Lawson. No opinion. Motion denied.

PEOPLE ex rel. LONG, Appellant, v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Henry Long, against the board of supervisors of Rockland county. No opinion. Motion granted.

PEOPLE ex rel. LAWSON v. LAWSON. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Proceedings by the people of the state of New York, on the relation of William M. Lawson, against Lena L. Lawson. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. LITCHFIELD et al., Appellants, v. WELLS et al., Tax Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Proceedings by the people of the state of New York, on the relation of Edward H. Litchfield and others, against James L. Wells and others, as commissioners of taxes and assessments. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People et al. v. O'Donnel et al., Tax Com'rs (Sup.) 99 N. Y. Supp. 436.

PEOPLE ex rel. MEEHAN v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Patrick A. Meehan, against Francis V. Greene as commissioner. J. Rouss, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. STATE BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against the state board of railroad commissioners and others. No opinion. Motion denied.

PEOPLE ex rel. NEW YORK JUVENILE ASYLUM, Appellant, v. O'DONNEL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of the New York Juvenile Asylum. against Frank O'Donnel and others. A. F. Cosby, for appellant. W. H. King, for respondents.

PER CURIAM. Order affirmed, with costs and disbursements. Order filed.

INGRAHAM and HOUGHTON, JJ., dissent.

PEOPLE ex rel. NICHOLS, Respondent, v. BOARD OF AUDITORS OF TOWN OF HORICON, WARREN COUNTY, Appellant. (Supreme Court, Appellate Division, Third De-

100 N.Y.S.—72

partment. June 27, 1906.) Proceedings by the people, on the relation of Ida F. Nichols, as executrix of Seth H. Nichols, deceased, against the board of town auditors of the town of Horicon, Warren county, N. Y. No opinion. Order modified by striking therefrom the provision requiring relator to state what was adjudged in the mandamus proceeding, and, as so modified, affirmed, without costs.

PEOPLE ex rel. RANDALL, Appellant, v. GOODINO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Proceedings by the people, on the relation of William Randall, against James H. Goodino and others, as, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SHEPARD, Respondent, v. ELLISON, Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Proceedings by the people of the state of New York, on the relation of Frederic White Shepard, against William B. Ellison, as commissioner of water supply, gas, and electricity, etc. No opinion. Final order affirmed, with costs.

PEOPLE ex rel. 60 WALL ST. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people of the state of New York, on the relation of 60 Wall street, against Otto Kelsey, as Comptroller of the state of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. SMITH, Respondent, v. BOARD OF AUDITORS OF TOWN OF HORICON, WARREN COUNTY, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people, on the relation of Irving S. Smith, against the board of town auditors of the town of Horicon, Warren county, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

PERSONS et al. v. GARDNER et al. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Henry H. Persons and another, as, etc., against William H. Gardner and others, impleaded with Robert R. Hefford and others. No opinion. Order of affirmance entered May 2d amended, so as to allow costs on appeal to the plaintiffs (respondents).

PERSONS et al. v. GARDNER et al. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Henry H. Persons and another, as, etc., against William H. Gardner and others, impleaded with Robert R. Hefford and others.

PER CURIAM. Motion of respondent Hefford to amend order, so as to allow said respondent a separate bill of costs on appeal, denied, without costs.

KRUSE, J., not sitting.